UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00310-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TROY DENNON NELSON,

      Defendant.

---

**ORDER AND NOTICE OF CHANGE OF PLEA HEARING**

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#13)** on August 3, 2010, by Defendant. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **November 8, 2010,** at **1:30 p.m.** before the Honorable David M. Ebel, Courtroom C-202, Byron G. White Courthouse, 1823 Stout Street, Denver, Colorado.

3. The final pretrial conference set for August 13, 2010, and the August 16, 2010, trial date are **VACATED**.

Dated this 3rd day of August, 2010.

                                                        **BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge